PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rabee Akram Mohammad Alwan**                  **Docket No. 5:22-CR-22-1D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Rabee Akram Mohammad Alwan, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 27th day of January, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 27, 2022, the defendant was released with conditions that included home incarceration with location monitoring technology as directed by the pretrial services or supervising officer. Following the release of the defendant, the probation officer interviewed the defendant and conducted a home assessment. It was discovered that the defendant resides alone, is self-employed, and has other needs that are in conflict with the home incarceration program. Additionally, the probation officer contacted the Assistant United States Attorney (AUSA) assigned to the case. The assigned AUSA was unaware that the defendant was being arrested and brought to court, and as a result, was unable to be present for the defendant's initial appearance. After consulting with the assigned AUSA, the AUSA present in court was acting in good faith when he proposed home incarceration with location technology; however, based upon information known by the AUSA assigned to the case, it has been determined that the aforementioned conditions are not needed at this time to assure the defendant's appearance in court. Instead, less restrictive monitoring, specifically, location monitoring with a curfew is deemed sufficient. Therefore, it is recommended that the condition requiring home incarceration be removed and replaced with a curfew.

**PRAYING THAT THE COURT WILL ORDER** that the home incarceration program be removed and replaced with the following condition of release:

1. Participate in one of the following location restriction programs and comply with its requirements as directed: Curfew. You are restricted to your residence every day as directed by pretrial services office or supervising officer.

All other conditions of the Order Setting Conditions of Release ordered on January 27, 2022, shall remain in full force and effect.

Rabee Akram Mohammad Alwan
Docket No. 5:22-CR-22-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: January 28, 2022 |

## ORDER OF THE COURT

Considered and ordered the 28 day of JANUARY, 2022, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge